1  GEOFFREY A. HANSEN
   Acting Federal Public Defender
2  JEROME E. MATTHEWS
   Assistant Federal Public Defender
3  555 - 12th Street
   Suite 650
4  Oakland, CA 94607-3627
   Telephone: (510) 637-3500

Counsel for Defendant THOMAS CALISE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR-11 00669 SBA [DMR] |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER |
| vs. | ) MODIFYING RELEASE CONDITIONS |
| THOMAS CALISE, | ) |
| Defendant. | ) |

  Thomas Calise is out of custody in this matter. He resides in San Ramon, California, and he is fully compliant with his release conditions.

  Mr. Calise has been working as an account manager for Smart Circle dba Appreciation Events, a company that plans and puts on corporate events, for the past three months. Mr. Calise's job requires frequent travel, and lately the company has asked him to travel to Dallas, Texas.

  IT IS THEREFORE STIPULATED AND AGREED that the terms of Thomas Calise's release conditions be modified such that he may leave the Northern District and travel to the Northern District of Texas in connection with his employment. Mr Calise plans to travel on

STIP/ORD              1

| | |
|---|---|
| 1 | February 24 and 25, 2012.  Mr Calise shall submit his itinerary to Pretrial Services prior to |
| 2 | traveling, and shall continue to abide by existing conditions of his release, and such other |
| 3 | conditions as Pretrial Services may deem appropriate. |

/s/
Dated: February 7, 2012  _____
THOMAS NEWMAN
Assistant United States Attorney

/s/
Dated: February 7, 2012  _____
JEROME E. MATTHEWS
Assistant Federal Public Defender

/s/
Dated: February 7, 2012  _____
PAUL MAMARIL
U.S. Pretrial Services Officer

Good cause appearing therefor, IT IS ORDERED that Thomas Calise's release conditions be modified such that he may leave the Northern District and travel to the Northern District of Texas in connection with his employment on February 24 and 25, 2012.  Mr Calise shall submit his itinerary to Pretrial Services prior to traveling, and shall continue to abide by existing conditions of his release, and such other conditions as Pretrial Services may deem appropriate.

Dated: February 8, 2012  _____
DONNA M. RYU
United States Magistrate Judge