1  GEOFFREY A. HANSEN
   Acting Federal Public Defender
2  JEROME E. MATTHEWS
   Assistant Federal Public Defender
3  555 - 12th Street
   Suite 650
4  Oakland, CA 94607-3627
   Telephone:  (510) 637-3500
5
   Counsel for Defendant THOMAS CALISE
6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )    No. CR-11 00669 SBA
                                       )
12                    Plaintiff,       )    STIPULATION AND ORDER
                                       )    CONTINUING STATUS CONFERENCE
13  vs.                                )
                                       )
14  THOMAS CALISE,                     )
                                       )
15                    Defendant.       )
    _____)
16

17

18      This matter is set for a status conference on 21 February 2012.  The indictment alleges

19  several counts of tax evasion and failure to file tax returns, dating as far back as 2003.  To date

    the government has produced over five thousand pages of discovery.
20
        The defense is continuing its review of these documents and has conducted a number of
21
    witness interviews.  One remaining witness has yet to be located and interviewed.  In addition,
22
    the parties are jointly investigating the amount(s) of alleged tax loss(es) for the years in question.
23
    The defense is seeking approval to consult with a tax expert concerning the alleged tax liabilities
24
    at issue.
25
        For these reasons, IT IS STIPULATED AND AGREED that this matter be continued to
26

STIP/ORD                              1

March 6, 2012, and that time under the Speedy Trial Act be excluded until that date because the ends of justice outweigh the best interest of the public and the defendant in a speedy trial, and for effective preparation of defense counsel, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv). By that date, the parties expect to be able to report to the Court whether this matter will resolve or be set for motions and trial.

/s/

Dated: February 16, 2012        _____
THOMAS M. NEWMAN
Assistant United States Attorney

/s/

Dated: February 16, 2012        _____
JEROME E. MATTHEWS
Assistant Federal Public Defender

        Good cause appearing therefor, IT IS ORDERED that this matter be continued until March 6, 2012, and that time under the Speedy Trial Act be excluded from February 17, 2012 until March 6, 2012 because the ends of justice outweigh the best interest of the public and the defendant in a speedy trial, and for effective preparation of defense counsel, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

Dated: February 21 2012         _Saundra B Armstrong_____
SAUNDRA BROWN ARMSTRONG
United States District Judge