MELINDA HAAG
United States Attorney

MIRANDA KANE
Chief, Criminal Division

THOMAS M. NEWMAN
Assistant United States Attorney
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6888

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-11-669-SBA |
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE |
| | ) | |
| v. | ) | |
| | ) | |
| THOMAS A. CALISE, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is set for a status conference on April 24, 2012. The parties have reached a resolution of this matter and request that the case be continued until the next available to the Court, and the parties, for a change of plea hearing, which is May 4, 2012, at 10:00 am.

For this reason, IT IS STIPULATED AND AGREED that this matter be continued to May 4, 2012, at 10:00 am, and that time under the Speedy Trial Act be excluded until that date based on the consideration by the court of the proposed plea agreement. 18 U.S.C. § 3161(h)(1)(G).

Dated: April 20, 2012

_____/s/_____
THOMAS M. NEWMAN
Assistant United States Attorney


Dated: April 20, 2012

_____/s/_____
JEROME E. MATTHEWS
Assistant Federal Public Defender


Good cause appearing therefor, IT IS ORDERED that this matter be continued until May 4, 2012, and that time under the Speedy Trial Act be excluded until that date based on the Court's review of the parties proposed plea agreement.  18 U.S.C. § 3161(h)(1)(G).


Dated: April 20, 2012

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge