| | |
|---|---|
| 1 | GEOFFREY A. HANSEN |
|   | Acting Federal Public Defender |
| 2 | JEROME E. MATTHEWS |
|   | Assistant Federal Public Defender |
| 3 | 555 - 12th Street |
|   | Suite 650 |
| 4 | Oakland, CA 94607-3627 |
|   | Telephone: (510) 637-3500 |
| 5 | |
|   | Counsel for Defendant THOMAS CALISE |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-11 00669 SBA |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | CONTINUING SENTENCING HEARING |
| vs. | ) | |
| | ) | |
| THOMAS CALISE, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is set for sentencing on September 18, 2012. Because of scheduling issues relating to the availability of defense counsel and the probation officer, IT IS STIPULATED AND AGREED that sentencing in this matter be continued to October 9, 2012.

Dated: July 6, 2012                         /s/
                                                    THOMAS M. NEWMAN
                                                    Assistant United States Attorney


Dated: July 6, 2012                         /s/
                                                    JEROME E. MATTHEWS
                                                    Assistant Federal Public Defender


STIP/ORD                                    1

Good cause appearing therefor, IT IS ORDERED that this matter be continued until October 9, 2012 for sentencing.

Dated: 7/10/12

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge